1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE  Bar No. 102181
2  DENNIS G. ROLSTAD  Bar No. 150006
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorneys for the Defendant Sued As
6  FEDERAL EMPLOYEE GROUP LONG TERM DISABILITY

7

8                    UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

| 11 SANDRA JONES, | CASE NO. C06-00499 JSW ADR |
| 12       Plaintiff, | **NOTICE OF CONDITIONAL SETTLEMENT** |
| 13       v. | |
| 14 UNITED STATES COURTS FOR THE NINTH CIRCUIT dba FEGLTD, | |
| 15       Defendant. | |

16

17    PLEASE TAKE NOTICE that the parties to this action, plaintiff Sandra Jones and the

18 defendant sued as Federal Employee Group Long Term Disability (FEGLTD), have agreed to a

19 settlement of this matter, conditioned only upon completion and execution of a written settlement

20 agreement.  The parties respectfully request that the Court's case management conference set for

21 May 26, 2006 be taken off calendar.  The parties will submit a stipulation for dismissal of this

22 action with prejudice, following the execution of the settlement agreement, which the parties

23 estimate should be accomplished within forty-five (45) days of the date of this notice.

24 DATED: May 17, 2006        SEDGWICK, DETERT, MORAN & ARNOLD LLP

25

26                            By:s/Dennis G. Rolstad
                                 DENNIS G. ROLSTAD
27                               Attorneys for the Defendant Sued As
                                 FEDERAL EMPLOYEE GROUP LONG TERM
28                               DISABILITY

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Jeffrey S. White]*

                                              -1-                CASE NO. C06-00499 JSW ADR
                                 NOTICE OF CONDITIONAL SETTLEMENT