P. RANDALL NOAH  Bar No. 136452
LAW OFFICES OF P. RANDALL NOAH
8 Camino Encinas, Suite 220
Orinda, California 94653
Telephone: (925) 253-5540
Facsimile: (925) 253-5542

Attorney for Plaintiff SANDRA JONES

SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
DENNIS G. ROLSTAD  Bar No. 150006
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for the Defendant Sued As
FEDERAL EMPLOYEE GROUP LONG TERM DISABILITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA JONES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES COURTS FOR THE NINTH CIRCUIT dba FEGLTD,<br><br>　　　　Defendant. | CASE NO. C06-00499 JSW ADR<br><br>STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [FED.R.CIV.P. 41] |

　　　　IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff Sandra Jones and the defendant sued as Federal Employee Group Long Term Disability, by and through their respective attorneys of record herein, that the parties have resolved this matter in its entirety, and that the parties have complied with the written settlement agreement.

　　　　Pursuant to Rule 41 of the Federal Rules of Civil Procedure, IT IS THEREFORE STIPULATED AND AGREED that this entire action, including all complaints and counterclaims, shall be dismissed with prejudice, each party to bear her or its own attorneys' fees and costs.

| | | |
|---|---|---|
| 1 | Dated: May ___, 2006 | LAW OFFICES OF P. RANDALL NOAH |
| 2 | | |
| 3 | | _____ |
| 4 | | P. RANDALL NOAH<br>Attorney for Plaintiff SANDRA JONES |

Dated: May 31, 2006    SEDGWICK, DETERT, MORAN & ARNOLD LLP


By_____
BRUCE D. CELEBREZZE
Attorneys for the Defendant Sued As
FEDERAL EMPLOYEE GROUP LONG TERM
DISABILITY

## ORDER

IT IS HEREBY ORDERED that the within action be and hereby is DISMISSED with prejudice, party to bear her or its own attorneys' fees and costs.

Dated: _____, 2006

_____
UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| 1 | Dated: May 26, 2006 | LAW OFFICES OF P. RANDALL NOAH |
| 2 | | |
| 3 | | _____ |
| 4 | | P. RANDALL NOAH<br>Attorney for Plaintiff SANDRA JONES |
| 5 | | |
| 6 | Dated: May ___, 2006 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 7 | | |
| 8 | | By_____ |
| 9 | | BRUCE D. CELEBREZZE<br>Attorneys for the Defendant Sued As |
| 10 | | FEDERAL EMPLOYEE GROUP LONG TERM DISABILITY |

## ORDER

IT IS HEREBY ORDERED that the within action be and hereby is DISMISSED with prejudice, party to bear her or its own attorneys' fees and costs.

Dated: June 1, 2006

*Jeffrey S. White*
UNITED STATES DISTRICT JUDGE